July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CURT KRAMER AND CARLOS ALBERTO MAYO, Appellants

NO. 14-13-00823-CV                    V.

ZICIX CORPORATION, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on August 28, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Curt Kramer and Carlos Alberto Mayo, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance